IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| NEIL F. LETREN<br>*Individually and on Behalf of a Class*<br>*of Persons Similarly Situated*<br><br>Plaintiffs<br><br>v.<br><br>DIVINE & SERVICE, LTD<br><br>Defendant | **PJM 16cv3504**<br><br>CASE NO._____<br>(Removed from Circuit Court for<br>Prince George's County, Case No.<br>CAL16-32125)<br><br>**PJM 16 CV3504** |

**DEFENDANT DIVINE & SERVICE, LTD.'S NOTICE OF REMOVAL**
**(FEDERAL QUESTION JURISDICTION)**

Defendant Divine & Service, Ltd., by and through its undersigned counsel, provides notice pursuant to 28 U.S.C. §§ 1441 and 1446 of the removal of the above-captioned case from the Circuit Court for Prince George's County to the United States District Court for the District of Maryland, Southern Division.   Removal is based on 28 U.S.C. §1331 (federal question jurisdiction) with 28 U.S.C. §1367 (supplemental jurisdiction). As grounds for removal, Defendant Divine & Service, Ltd. states as follows:

**I. Parties**

1.      Plaintiff Neil F. Letren ("Letren") is an individual. Plaintiff is *pro se* and purports to bring this action both individually and on behalf of a class of persons similarly situated.

2.      Defendant Divine & Service, Ltd. ("D&S") is a Texas limited partnership.

## II. State Court Action

3.      Letren sued D&S in state court by filing *Class Action Complaint and Jury Demand* in the Circuit Court for Prince George's County, Maryland, with the case style of *Neil F. Letren, Individually and on Behalf of a Class of Persons Similarly Situated v. Divine & Service, Ltd.* and with the assigned Civil Action No. CAL16-32125 ("State Court Action").

## III. Removal to this Court is Proper

4.      Removal of the State Court Action to this Court is proper because it involves a federal question. 28 U.S.C. §§1331, 1441(a).

5.      This Court has original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. §1331. Except as otherwise expressly provided by Act of Congress, any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. 1441(a). Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States shall be removed without regard to the citizenship or residence of the parties. 28 U.S.C. §1441(b).

6.      D&S is entitled to remove this action to this Court pursuant to 28 U.S.C. §1441 because   Letren's claims under the Fair Debt Collection Practices Act, 15 U.S.C. §1692e and 15 U.S.C. §1692g and the Fair Credit Reporting Act, 15 U.S.C. §1681s-2(b)(1)(A)-(E), render this suit one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331.

7.      Pursuant to 28 U.S.C. §§1367(a) and 1441(c), this Court has supplemental jurisdiction over Letren's defamation claim and any other claims that do not involve the Fair Debt Collection Practices Act and Fair Credit Reporting Act.

8.      Removal to this Court is proper. Pursuant to 28 U.S.C. §§1446(a) and 1441(a), this Notice of Removal is being filed in the United States District Court for the District of Maryland, Southern Division, which is the federal district court and division embracing the state court where the State Court Action was filed and is pending.

9.      Removal is timely. D&S was served with notice of the State Court Action on September 22, 2016. This Notice of Removal is being filed within the 30-day statutory time period set forth in 28 U.S.C. §1446(b).

10.     This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11.

See 28 U.S.C. §1446(a).

### V.  Required Copies of Material Previously Filed in State Court

11.     Pursuant to 28 U.S.C. §1446(a) and Rule 103 of the U.S. District Court of Maryland Local Rules, copies of all process, pleadings, documents, and orders served upon D&S in the State Court Action are attached hereto as Exhibit A. These documents are filed with the Clerk of the Court contemporaneously with the filing of the Notice of Removal.

### VI.  Copy of Notice Will Be Filed in State Court

12.     D&S will promptly file a copy of this Notice of Removal in the State Court Action.

13.     D&S will promptly serve a copy of this Notice of Removal upon Letren.

### VII.  Jury Demand

14.      Letren did demand a jury in the State Court Action.

### VIII.  Conclusion

WHEREFORE, having satisfied all the requirements for removal under 28 U.S.C. §§1441 and 1446, including the presence of all jurisdictional requirements established by 28 U.S.C. §1331, D&S respectfully serves notice that the above-referenced State Court Action, now pending in the Circuit Court for Prince George's County, Maryland, is removed therefrom to the United States District Court for the District of Maryland, Southern Division.

Respectfully submitted,

_____/s/_____
Brian L. Moffet (Fed. Bar No. 13821)
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: 410-385-3656
bmoffet@milesstockbridge.com

**Attorney for Defendant
Divine & Service, Ltd**.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2016, a copy of the foregoing Notice of Removal was served via email and first-class mail, postage prepaid, to:

> Neil F. Letren (neilletren@msn.com)
> PRO SE
> 105 E. Mill Avenue
> Capital Heights, Maryland 20743

> /s/
> Brian L. Moffet