IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| NEIL F. LETREN, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: 8:16-cv-03504-PJM |
| DIVINE & SERVICE, LTD., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Neil F. Letren ("Plaintiff"), and Defendant, Divine & Service, Ltd., by and through its undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned case *with prejudice*.

| | |
|---|---|
| /s/ | /s/ |
| Neil F. Letren | Brian L. Moffet (Fed. Bar No. 13821) |
| (signed by Brian L. Moffet with permission) | MILES & STOCKBRIDGE P.C. |
| 105 E. Mill Avenue | 100 Light Street |
| Capital Heights, MD 20743 | Baltimore, MD 21202 |
| NeilLetren@msn.com | Tel: (410) 385-3656 |
| | Fax: (410) 773-9031 |
| | Email: bmoffet@milesstockbridge.com |
| *Pro Se Plaintiff* | *Attorneys for Defendant Divine & Service, Ltd.* |

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2017, I sent a true and correct copy of the above and foregoing Joint Stipulation of Dismissal with Prejudice to the following party by the following means:

Neil F. Letren PRO SE
105 E. Mill Avenue
Capital Heights, Maryland 20743
*via first-class, postage prepaid mail*

/s/
Brian L. Moffet